GARRICK S. LEW SBN 61899
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, California 94103-4957
(415) 575-3588
(415) 522-1506 [fax]

Attorney for Defendant
TERESA ROJAS

FILED
JAN 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KENNETH AFFOLTER, et al., <br> Defendant(s). | No. CR06 0217 DLJ <br> **STIPULATION AND ORDER CONTINUING SENTENCING OF DEFENDANT TERESA ROJAS** <br> Date: January 12, 2007 <br> Time: 10:00 a.m. <br> Ctrm: Hon. D. Lowell Jensen |

THE PARTIES HEREBY AGREE AND STIPULATE THAT defendant's sentencing, currently set for January 12, 2007 at 10:00 a.m., should be continued to March 2, 2007 at 11:00 a.m. or such time as the Court deems convenient. Defense counsel has an unavoidable conflict on January 12, and postponing the sentencing permits defendant's family to continue to visit defendant in the local facility in which she is housed.

DATED: January 9, 2007

/s/ Dana R. Wagner
DANA R. WAGNER
Assistant United States Attorney

/s/ Garrick S. Lew
GARRICK S. LEW
Attorney for Defendant TERESA ROJAS

IT IS SO ORDERED.

DATED: 1-10-07

D. LOWELL JENSEN
Senior Judge
United States District Court Judge