GARRICK S. LEW SBN 61899
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, California 94103-4957
(415) 575-3588
(415) 522-1506 [fax]

Attorney for Defendant
TERESA ROJAS

**FILED**

FEB 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH AFFOLTER, et al.,<br><br>    Defendant(s).<br>_____/ | No. CR06 0217 DLJ<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING OF DEFENDANT TERESA ROJAS**<br><br>Date:  March 9, 2007<br>Time:  10:00 a.m.<br>Ctrm:  Hon. D. Lowell Jensen |

THE PARTIES HEREBY AGREE AND STIPULATE THAT defendant TERESA ROJAS sentencing, currently set for March 2, 2007 at 10:00 a.m., will be continued to March 9, 2007 at 10:00 a.m. Defense counsel has an unavoidable conflict on March 2, 2007, and cannot be present at the present time set for defendant's sentencing.

DATED: February 27, 2007

/s/ Dana R. Wagner
DANA R. WAGNER
Assistant United States Attorney

/s/ Garrick S. Lew
GARRICK S. LEW
Attorney for Defendant TERESA ROJAS

IT IS SO ORDERED.

DATED: 2-28-07

D. LOWELL JENSEN
Senior Judge, United States District Court Judge